UNITED STATES DISTRICT COURT

COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 08 2019
JEFFREY P. COLWELL
CLERK

| | |
|---|---|
| United States Of America Respondent | ) ) ) ) ) ) |
| v. | ) Case Number: 17-CR-00059-CMA-02 ) ) |
| Jaime Michael Rubio-Perez Petitioner | ) ) ) ) |

Motion to Reduce sentence

To § 3582(C)(2) AND THE

"First Step Act" of 2018

(1)

Comes Now, Petitioner pro se and without the benefit of counsel. Now moves this honorable court to reduce his sentence in light of **The "First Step Act" Section 402 (Boardeing of existing Safety vavle)** by 2 levels. Petitioner has less than 4 criminal history points. Petitioner also request the court to do a de novo review of his records of proceedings in order to determine if **Section 401 and 404** can also be applied to his case due to the penalties Petitioner was charged under **21: 841(B)(1)(A)**.

## BackGround

On **12-19-2017**, Petitioner was sentenced to 83 months of imprisonment for violating **title 21:846 AND 841(A)(1) AND(B)(1)(A) (VIII)**

## Analysis

Under **title 18 U.S.C § 3582(C)(2)**, a district court "may not modify a term of imprisonment once it has been imposed subject to specific exceptions. The only exception dealing with guideline amendments. Which states that in a case of defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission. The court may reduce the term of imprisonment, after considering the factors set forth in **Section 3553(a) to the extent that they are applicable. See: Rita v. United States, 551 U.S. 338, 356 (2007) United States v. Campos, 541 F. 3d 735, 749-50 (7th 2008). Nelson v. United States, 129 S.ct. 890, 172 L. Ed. 2d 719, 2009 U.S. LEXIS 872 (01-26-09).**

## 18 U.S.C. § 3582(C)(2)

**Provides as follows:**

Modifcation of an Imposed term of imprisonment....

(2) Pursuant to 28 U.S.C. §994(o),

**Upon Motion of the defendant or the Director of the Bureau of Prisons, or on its own motion, the court may reduce the term of imprisonment.**

In other words, where there has been a "substantive" amendment to the United States Sentencing Guideline made "retroactive". Which now has the power to reduce Petitioner's sentence by 2 levels. Its made retroactive by **The "First Step Act" of 2018**, and can be applied retroactively to previous sentenced defendants like Petitioner here in this case. With regards to the factors set forth in **18 U.S.C§ 3553(a)**. Petitioner respectfully ask the court to consider his good conduct in prison, his deportable status, and his programing when reviewing his case. **See United States v. Booker, 543 U.S. 220, 125 S.Ct. 738, 160 L. Ed. 2d 621, 2005 U.S.LEXIS 628 (1-12-05).** When reviewing under § 3582(C)(2). See: **United States v. Fox, 583 F. 3d 596 (2009), United States v. Baretz, 2005 U.S. App. LEXIS 11827(7th Cir. 6-21-05).** Here in this case Petitioner can not qualify for half way house or home detention under **The "First Step Act"** of 2018. Which are all mitigation circumstance for a departure **under § 3553(F)**.

(3)

The District Court is free to make its own reasonable application of the **3553(a)** factors, and to reject (after due considertion) the advice of the Guideline". **Kimbrough, 552,U.S, at 113-114, 128 S. Ct, 558, 169 L. Ed. 2d 481.** If such a reduction is applicate with policy Statements issued by the Sentencing Commission. See: **18 U.S.C § 3582(C)(2) See Also United States v. Muldrow. 612 F. Appx 508, 511(10th Cir. 2015)**(nothing that § 3582 permits District court to modify previously imposed sentences in "limited circumstances"). **The "First Step Act"** is now one of those "limited circumstances,).

The "First Step Act" is now one of those "limited circumstances". In which the court can reduce Petitioner's sentence.

## Conclusion

For all of the foregoing reasons Petitioner, respectfully ask the court to reduce his sentence by 2 levels.

Respectfully Submitted

*Jaime Rubio*

**Jaime Michael Rubio_ Perez**

4/2/19

(4)

#41032-013
FCI
P O Box 630
WINTON NC 27986

Clerk of The Court
901 19th St. Room A105
Denver, CO. 80294-3589