FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 30 2021

JEFFREY P. COLWELL
CLERK

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF *COLORADO*

UNITED STATES OF AMERICA

v.

*JAIME MICHAEL RUBIO PEREZ*

Write your full name here.

Case No. *17-CR-00059-CMA-02*

(write the number of your criminal case)

**MOTION FOR SENTENCE REDUCTION UNDER** 18 U.S.C. § 3582(c)(1)(A) **(Compassionate Release)**

(*Pro Se* Prisoner)

---

### NOTICE

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

Does this motion include a request that any documents attached to this motion be filed under seal? (Documents filed under seal are not available to the public.)

☐ Yes

☒ No

If you answered yes, please list the documents in section IV of this form.

Page **1** of **6**

## I.   SENTENCE INFORMATION

Date of sentencing: _12-19-2017_

Term of imprisonment imposed: _83 months_

Approximate time served to date: _54 months_

Projected release date: _2-13-2023_

Length of Term of Supervised Release: _5 years_

Have you filed an appeal in your case?

☐ Yes

☐ No

Are you subject to an order of deportation or an ICE detainer?

☒ Yes

☐ No

## II.   EXHAUSTION OF ADMINISTRATIVE REMEDIES[1]

18 U.S.C. § 3582(c)(1)(A) allows you to file this motion (1) after you have fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on your behalf, or (2) 30 days after the warden of your facility received your request that the warden make a motion on your behalf, whichever is earlier.

Please include copies of any written correspondence to and from the Bureau of Prisons related to your motion, including your written request to the Warden and records of any denial from the Bureau of Prisons.

---

[1] The requirements for this compassionate release motion being filed with the court differ from the requirements that you would use to submit a compassionate release request to the Bureau of Prisons. This form should only be used for a compassionate release motion made to the court. If you are submitting a compassionate release request to the Bureau of Prisons, please review and follow the Bureau of Prisons program statement.

Have you personally submitted your request for compassionate release to the Warden of the institution where you are incarcerated?

☒ Yes, I submitted a request for compassionate release to the warden on _____.

☐ No, I did not submit a request for compassionate release to the warden.

If no, explain why not:

_____

_____

Was your request denied by the Warden?

☒ Yes, my request was denied by the warden on (date): _____.

☐ No. I did not receive a response yet.

## III.   GROUNDS FOR RELEASE

Please use the checkboxes below to state the grounds for your request for compassionate release. Please select all grounds that apply to you. You may attach additional sheets if necessary to further describe the reasons supporting your motion. You may also attach any relevant exhibits. Exhibits may include medical records if your request is based on a medical condition, or a statement from a family member or sponsor.

**A. Are you 70 years old or older?**

☐ Yes.

☒ No.

If you answered no, go to Section B below. You do not need to fill out Section A.

If you answered yes, you may be eligible for release under 18 U.S.C. § 3582(c)(1)(A)(ii) if you meet two additional criteria. Please answer the following questions so the Court can determine if you are eligible for release under this section of the statute.

Have you served 30 years or more of imprisonment pursuant to a sentence imposed under 18 U.S.C. § 3559(c) for the offense or offenses for which you are imprisoned?

☐ Yes.

☒ No.

Has the Director of the Bureau of Prisons determined that you are not a danger to the safety of any other person or the community?

☐ Yes.

☒ No.

**B. Do you believe there are other extraordinary and compelling reasons for your release?**

☒ Yes.

☐ No.

If you answered "Yes," please check all boxes that apply so the Court can determine whether you are eligible for release under 18 U.S.C. § 3582(c)(1)(A)(i).

☐ I have been diagnosed with a terminal illness.

☒ I have a serious physical or medical condition; a serious functional or cognitive impairment; or deteriorating physical or mental health because of the aging process that substantially diminishes my ability to provide self-care within the environment of a correctional facility, and I am not expected to recover from this condition.

☐ I am 65 years old or older and I am experiencing a serious deterioration in physical or mental health because of the aging process.

☐ The caregiver of my minor child or children has died or become incapacitated and I am the only available caregiver for my child or children.

☐ My spouse or registered partner has become incapacitated and I am the only available caregiver for my spouse or registered partner.

☒ There are other extraordinary and compelling reasons for my release.

Please explain below the basis for your request. If there is additional information regarding any of these issues that you would like the Court to consider but which is confidential, you may include that information on a separate page, attach the page to this motion, and, in section IV below, request that that attachment be sealed.

(1) I suffer from a weak respiratory system due to collapsing lungs which make me vulnerable to COVID-19 and the variants.
(2) My disability makes me vulnerable to assault within the prison environment.
(3) The recent surgery confines me to a chair or bed more than 60% of my waking hours.
(4) My high cholesterol can cause a stroke or worse if within prison.

## IV.   ATTACHMENTS AND REQUEST TO SEAL

Please list any documents you are attaching to this motion. A proposed release plan is included as an attachment. You are encouraged but not required to complete the proposed release plan. A cover page for the submission of medical records and additional medical information is also included as an attachment to this motion. Again, you are not required to provide medical records and additional medical information. For each document you are attaching to this motion, state whether you request that it be filed under seal because it includes confidential information.

| Document | Attached? | | Request to seal? | |
|---|---|---|---|---|
| Proposed Release Plan | ☒ Yes | ☐ No | ☐ Yes | ☒ No |
| Additional medical information | ☒ Yes | ☐ No | ☐ Yes | ☒ No |
| Sentence Computation Data | ☒ Yes | | ☐ Yes | ☒ No |
| Inmate Program Review | ☒ Yes | | ☐ Yes | ☒ No |
| 2- Notarized Letters - Family | ☒ Yes | | | ☒ NO |
| 1 - Letter from Consulate | ☒ Yes | | | ☒ NO |

Page 5 of 6

## V.   REQUEST FOR APPOINTMENT OF COUNSEL

I do not have an attorney and I request an attorney be appointed to help me.

☒ Yes

☐ No

## VI.   MOVANT'S DECLARATION AND SIGNATURE

For the reasons stated in this motion, I move the court for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A). I declare under penalty of perjury that the facts stated in this motion are true and correct.

8·26·2021
**Date**

Jaime Rubio
**Signature**

Jaime Michael Rubio Perez
**Name**

44032-013
**Bureau of Prisons Register #**

Big Spring Flightline Correctional Institution
**Bureau of Prisons Facility**

2001 Rickabaugh Drive, Big Spring, TX 79720
**Institution's Address**

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

UNITED STATES DISTRICT COURT

FOR THE

_____ DISTRICT OF _COLORADO_

UNITED STATES OF AMERICA

v.

Case No. _17-CR-00059-CMA-02_
(write the number of your criminal case)

_JAIME MICHAEL RUBIO PEREZ_
Write your full name here.

### PROPOSED RELEASE PLAN
In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

If you provide information in this document that you believe should not be publicly available, you may request permission from the court to file the document under seal. If the request is granted, the document will be placed in the electronic court files but will not be available to the public.

Do you request that this document be filed under seal?

☐ Yes

☒ No

1 of 6

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## PROPOSED RELEASE PLAN

To the extent the following information is available to you, please include the information requested below. This information will assist the U.S. Probation and Pretrial Services Office to prepare for your release if your motion is granted.

### A. Housing and Employment

Provide the full address where you intend to reside if you are released from prison:

5043 Pedro Anaya BLVD, Colonea El Mirador, Culiacan Sinaloa, 80017, Mexico

Provide the name and phone number of the property owner or renter of the address where you will reside if you are released from prison:

Zeneida Perez Olivas
Tel. No. 011 52 (667) 753-8015

Provide the names (if under the age of 18, please use their initials only), ages, and relationship to you of any other residents living at the above listed address:

N/A

If you have employment secured, provide the name and address of your employer and describe your job duties:

N/A

List any additional housing or employment resources available to you:

Multilimpieza Rubio's (employment offer)
(667) 797-431   or   (667) 342-3079

2 of 6

# ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

**B. Medical needs**

Will you require ongoing medical care if you are released from prison?

☒ Yes

☐ No

Will you have access to health insurance if released?

☐ Yes

☒ No

If yes, provide the name of your insurance company and the last four digits of the policy number. If no, how do you plan to pay for your medical care?

_____

_____

If no, are you willing to apply for government medical services (Medicaid/Medicare)?

☒ Yes

☐ No

Do you have copies of your medical records documenting the condition(s) for which you are seeking release?

☐ Yes

☒ No

If yes, please include them with your motion. If no, where are the records located?

Big Spring Flightline has the records. They won't release to me. See attach request.

# ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

Are you currently prescribed medication in the facility where you are incarcerated?

☒ Yes

☐ No

If yes, list all prescribed medication, dosage, and frequency:

ASPIRIN 81 mg. 1-daily, GEMFIBROZIL 600mg. 2 times daily, SIMVASTATIN 20mg. 1-daily

Do you require durable medical equipment (e.g., wheelchair, walker, oxygen, prosthetic limbs, hospital bed)?

☐ Yes

☒ No

If yes, list equipment:

_____

_____

Do you require assistance with self-care such as bathing, walking, toileting?

☐ Yes

☒ No

If yes, please list the required assistance and how it will be provided:

_____

_____

Do you require assisted living?

☐ Yes

☒ No

## ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

If yes, please provide address of the anticipated home or facility and the source of funding to pay for it.

_____

_____

Are the people you are proposing to reside with aware of your medical needs?

☒ Yes

☐ No

Do you have other community support that can assist with your medical needs?

☐ Yes

☒ No

Provide their names, ages, and relationship to you. If the person is under the age of 18, please use their initials only:

_____

_____

Will you have transportation to and from your medical appointments?

☒ Yes

☐ No

Describe method of transportation:

Family Vehicles: Hospital Civil de
Culiacan Sinaloa, Mexico

5 of 6

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

8·26·2021
Date

Jaime Rubio
Signature

Jaime Michael Rubio Perez
Name

44 032 - 013
Bureau of Prisons Register #

Big Spring Flight Line Correctional Institution
Bureau of Prisons Facility

2001 Rickabaugh, Drive, Big Spring, TX
Institution's Address

79720

**6 of 6**

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

# UNITED STATES DISTRICT COURT
## FOR THE
## _____ DISTRICT OF *COLORADO*

UNITED STATES OF AMERICA

v.

Case No. *17-CR-00059-CMA-02*
(write the number of your criminal case)

*JAIME MICHAEL RUBIO PEREZ*
Write your full name here.

## MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION
### In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

| NOTICE |
| --- |
| The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. |

If you attach documents to this form that you believe should not be publicly available, you may request permission from the court to file those documents under seal. If the request is granted, the documents will be placed in the electronic court files but will not be available to the public.

Do you request that the attachments to this document be filed under seal?

☐ Yes

☒ No

**1 of 2**

## ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION

To the extent you have medical records or additional medical information that support your motion for compassionate release, please attach those records or that information to this document.

## SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

8·26·2021
Date

Jaime Rubio
Signature

Jaime Michael Rubio Perez
Name

44032-013
Bureau of Prisons Register #

Big Spring Flight Line Correctional Institution
Bureau of Prisons Facility

2001 Rickabaugh Drive, Big Spring, TX 79720
Institution's Address



**Big Spring Flightline Facility**
2001 Rickabaugh Drive
Big Spring, Texas 79720

Date:     August 26, 2021

To:       Rubio-Perez, Jaime Michael #44032-013

From:     B. Thompson, Facility Administrator

**RE: Administrative Remedy Request   BSF-21-156**

In your Request for Administrative Remedy Request received on August 10, 2021, you want Compassionate Release/Reduction in this Corona issue pandemic.

After careful review of your request, it appears that you are ineligible based on the requirements for consideration set forth by the Bureau of Prisons.

According to BOP Program Statement 5050.50, Compassionate Release/Reduction in Sentence states *"RIS consideration may be given to inmates who have been diagnosed with a terminal, incurable disease and whose life expectancy is eighteen (18) months or less, and/or has a disease or condition with an end-of-life trajectory under 18 USC § 3582(d)(1). The BOP's consideration should include assessment of the primary (terminal) disease, prognosis, impact of other serious medical conditions of the inmate, and degree of functional impairment (if any). Functional impairment (e.g., limitations on activities of daily living such as feeding and dressing oneself) is not required for inmates diagnosed with terminal medical conditions; however, functional impairment may be a factor when considering the inmate's ability or inability to reoffend"*.

Based on this review your Request for Administrative Remedy is denied.

Facility Administrator

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Jaime Michael Rubio Perez    44032-013    E-31    GEO-BSF
        LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.        UNIT        INSTITUTION

**Part A- INMATE REQUEST**

Dear Mr. Thompson; I am appealing your decision
to deny my petition for Compassion Release. I suffer from
my respiratory system which makes me vulnerable to the
COVID virus and the variants. Again, Can you please
petition the BOP to file a motion with my sentencing court
for Compassion Release/Reduction In Sentence. As for my
I.C.E detainer, I understand I will be place in immi-
gration proceedings for deportation.

8-10-2021                                           Jaime Rubio Perez
        DATE                                                 SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED
8/10/21

_____
        DATE                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                    CASE NUMBER BSF-21-156

                                             CASE NUMBER BSF-21-156

**Part C- RECEIPT**
Return to:
                Compassionate Release
SUBJECT:   LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.      UNIT       INSTITUTION

_____
        DATE                           RECIPIENT'S SIGNATURE (STAFF MEMBER)        BP-229(13)
USP LVN                                                                            APRIL 1982
                        PRINTED ON RECYCLED PAPER

BP-S148.055 **INMATE REQUEST TO STAFF**  CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member): Bobby Thompson (F.A) | DATE: 7.29.21 |
|---|---|
| FROM: Jaime Michael Rubio Perez | REGISTER NO.: 44032013 |
| WORK ASSIGNMENT: none | UNIT: E-31 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Can you please petition the Federal Bureau
of Prisons to file a motion for Compassion
Release/Reduction In Sentence due to my
medical condition ("lung failure") and the high
risk of contracting COVID-19 which would be
fatal. I have served over 65% of my
Prison Term.

_____

_____

_____

_____

(Do not write below this line)

DISPOSITION:

After careful review of your request, it appears that you are
ineligible based on the requirements for considerations set
by the Bureau of Prisons. This may be appealed through the
Administrative Remedy Procedures.

ICE 12-5-18

| Signature Staff Member  BR | Date  8-2-21 |
|---|---|

Record Copy - File; Copy - Inmate          This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)        and BP-S148.070 APR 94

```
BSFA8  540*23 *          SENTENCE MONITORING        *      08-09-2021
PAGE 001         *        COMPUTATION DATA          *      08:45:08
                          AS OF 08-09-2021
```

REGNO..: 44032-013 NAME: RUBIO-PEREZ, JAIME MICHAEL


```
FBI NO...........: 927808TC0         DATE OF BIRTH: 07-07-1976  AGE:  45
ARS1.............: BSF/A-DES
UNIT.............: UNIT E             QUARTERS.....: E31-008U
DETAINERS........: YES                NOTIFICATIONS: NO
```

HOME DETENTION ELIGIBILITY DATE: 08-13-2022


THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  02-13-2023 VIA GCT REL


--------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

```
COURT OF JURISDICTION...........: COLORADO
DOCKET NUMBER...................: 17-CR-00059-CMA-02
JUDGE...........................: ARGUELLO
DATE SENTENCED/PROBATION IMPOSED: 12-19-2017
DATE COMMITTED..................: 03-21-2018
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                  FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $100.00         $00.00          $00.00       $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT: $00.00
```

--------------------CURRENT OBLIGATION NO: 010 --------------------------
```
OFFENSE CODE....: 391     21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:846 AND 841(A)(1) AND (B)(1)(A)(VIII) CONSPIRACY TO
         DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 500 GRAMS
         OR MORE OF A MIXTURE AND SUBSTANCE CONTAINING A DETECTABLE
         AMOUNT OF METHAMPHETAMINE (CT 1)
```

```
 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    83 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 DATE OF OFFENSE................: 02-10-2017
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
BSFA8  540*23 *              SENTENCE MONITORING            *   08-09-2021
PAGE 002        *             COMPUTATION DATA              *   08:45:08
                              AS OF 08-09-2021
```

REGNO..: 44032-013 NAME: RUBIO-PEREZ, JAIME MICHAEL


------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-10-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 02-21-2018 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 12-19-2017
TOTAL TERM IN EFFECT............: 83 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   6 YEARS      11 MONTHS
EARLIEST DATE OF OFFENSE........: 02-10-2017

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    02-10-2017     12-18-2017

TOTAL PRIOR CREDIT TIME.........: 312
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 332
TOTAL GCT EARNED................: 175
STATUTORY RELEASE DATE PROJECTED: 02-13-2023
ELDERLY OFFENDER TWO THIRDS DATE: 09-21-2021
EXPIRATION FULL TERM DATE.......: 01-11-2024
TIME SERVED.....................:   4 YEARS       6 MONTHS
PERCENTAGE OF FULL TERM SERVED..: 64.9
PERCENT OF STATUTORY TERM SERVED: 74.8

PROJECTED SATISFACTION DATE.....: 02-13-2023
PROJECTED SATISFACTION METHOD...: GCT REL
```

REMARKS.......: 10/09/19 GCT UPDATED PURSUANT TO FSA.A/UJS
              04-10-2020 GCT UPDATED


G0002      MORE PAGES TO FOLLOW . . .

```
 BSFA8  540*23 *          SENTENCE MONITORING          *      08-09-2021
PAGE 003 OF 003 *          COMPUTATION DATA             *      08:45:08
                              AS OF 08-09-2021
```

REGNO..: 44032-013 NAME: RUBIO-PEREZ, JAIME MICHAEL


----------------------------- CURRENT DETAINERS: ----------------------------

```
DETAINER NO..: 001
DATE LODGED..: 12-05-2018
AGENCY.......: IMMIGRATION & CUSTOMS ENFORCE
AUTHORITY....:
CHARGES......: POSSIBLE DEPORTATION, A097264619
```

G0000       TRANSACTION SUCCESSFULLY COMPLETED

```
BSFA8  542*22 *            SENTENCE MONITORING           *    08-09-2021
PAGE 001 OF 001 *            GOOD TIME DATA               *    08:45:42
                           AS OF  08-09-2021
```

```
REGNO...: 44032-013    NAME: RUBIO-PEREZ, JAIME MICHAEL
ARS 1...: BSF A-DES                            PLRA
COMPUTATION NUMBER..: 010                   PRT  ACT DT:
LAST UPDATED:  DATE.: 04-10-2020      FACL..: DSC    CALC: AUTOMATIC
UNIT................: UNIT E          QUARTERS...........: E31-008U
DATE COMP BEGINS....: 12-19-2017      COMP STATUS........: COMPLETE
TOTAL JAIL CREDIT...: 312             TOTAL INOP TIME....: 0
CURRENT REL DT......: 07-20-2023 THU  EXPIRES FULL TERM DT: 01-11-2024
PROJ SATISFACT DT...: 02-13-2023 MON  PROJ SATISF METHOD..: GCT REL
ACTUAL SATISFACT DT.:                 ACTUAL SATISF METHOD:
DAYS REMAINING......:                 FINAL PUBLC LAW DAYS:
GED PART STATUS.....:                 DEPORT ORDER DATED..:
```

```
-------------------------GOOD CONDUCT TIME AMOUNTS-------------------------
```

| START DATE | STOP DATE | MAX DIS | POSSIBLE TO FFT | ACTUAL TOTALS DIS | FFT | VESTED AMOUNT | VESTED DATE |
|---|---|---|---|---|---|---|---|
| 02-10-2017 | 02-09-2018 | 54 | 54 | | | | |
| 02-10-2018 | 02-09-2019 | 54 | 108 | | | | |
| 02-10-2019 | 02-09-2020 | 54 | 121 | 41 | | | |
| 02-10-2020 | 02-09-2021 | 54 | 175 | | | | |
| 02-10-2021 | 02-09-2022 | 54 | | | | | |
| 02-10-2022 | 02-09-2023 | 54 | | | | | |
| 02-10-2023 | 01-11-2024 | 49 | | | | | |

```
     TOTAL EARNED AMOUNT.......................................:    175
     TOTAL EARNED AND PROJECTED AMOUNT.........................:    332
```

```
G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```



**Individualized Needs Plan - Program Review    (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: RUBIO-PEREZ, JAIME MICHAEL  44032-013

SEQUENCE: 02045419
Team Date: 08-20-2021

| | | | |
|---|---|---|---|
| Facility: | BSF  BIG SPRING CI FL | Proj. Rel. Date: | 02-13-2023 |
| Name: | RUBIO-PEREZ, JAIME MICHAEL | Proj. Rel. Mthd: | GCT REL |
| Register No.: | **44032-013** | DNA Status: | PEM07784 / 03-13-2018 |
| Age: | 45 | | |
| Date of Birth: | 07-07-1976 | | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|
| ICE | POSSIBLE DEPORTATION, A097264619 |

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BSF | UNASSGN F | NO WORK DETAIL | 07-28-2021 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BSF | ESL EXEMPT | ESL NEED-PERMANENTLY EXEMPT | 03-23-2018 |
| BSF | GED XN | EXEMPT GED NON-PROMOTABLE | 03-23-2018 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| RIV | C | INEA, EDU 3008, T, W, H 6PM | 06-01-2019 | 06-10-2019 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|
| ** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ** | |

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| SCRN1 | CCM: HEALTHY/SIMPLE CARE | 01-02-2018 |
| SCRN1-MH | SCRN1-MENTAL HEALTH | 01-02-2018 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 01-29-2021 |
| HSD1 | HSD REVIEW STATUS GROUP | 02-24-2024 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 02-24-2021 |
| YES F/S | CLEARED FOR FOOD SERVICE | 02-24-2021 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| ED WAIT HX | DRUG EDUCATION WAIT-RQ HIST | 03-23-2018 |

**FRP Payment Plan**

| Most Recent Payment Plan |
|---|
| ** NO FRP DETAILS ** |

**FRP Deposits**

Trust Fund Deposits - Past 6 months:  $2,053.39        Payments commensurate ?   Y

New Payment Plan:   ** No data **

**Current FSA Assignments**

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 02-27-2021 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 08-20-2021 |

**Progress since last review**

| |
|---|
| Rubio-Perez is currently not working. He did not attend an educational program however, he is on the waiting list for Basic ESL and Spanish GED. He is FRP Complete. |

**Next Program Review Goals**



## Individualized Needs Plan - Program Review   (Inmate Copy)

Dept..of Justice / Federal Bureau of Prisons

Plan is for inmate: RUBIO-PEREZ, JAIME MICHAEL  44032-013

SEQUENCE: 02045419

Team Date: 08-20-2021

Seek employment.
Attend Basic ESL when called.

## Long Term Goals

Find employment by 11-17-21.
Complete Basic ESL by 11-17-21.

## RRC/HC Placement

No.
Criminal alien releasing to custody of ICE.

## Comments

Treaty Transfer: Eligible and not interested.
RPP - Ineligible due to Immigration Status
CCC - No consideration for a Halfway House until Immigration is dissolved.
PREA: No Issues
LOAD DATA: Current
PHONE: Current
VISITATION: Current
PAST 6 MONTH DEPOSIT: 2053.39
FRP: Complete
FSA: Ineligible
RRL: Low
DATE OF NEXT CUSTODY REVIEW: 04/2022
NEXT REVIEW DATE: 11-17-21

**Jaime Juvencio Rubio Lopez**
3811 W Moreland St.
Phoenix, AZ 85009
(480) 434-2474
xvagr2@gmail.com

August 1, 2021

Dear Sir or Madam:

I am writing this letter on behalf of my father Jaime Michael Rubio Perez. I recently graduated as a barber and I have been working at Ayad's Barber Shop for a year and six months.

When my dad gets released, he will have all the support from his family including myself because we know that he will be an asset to us and not a burden. He has the full weight of the family behind him and we are willing to provide him with any resources he needs to get started, from a home to a job, to transportation and even money to start out with. We will make that all available to him if you will consider letting him out. We have stood behind all these years supporting him and we will continue to do so. I myself am ready to be there for him for emotional and financial support. I commit to helping my dad with all the medical bills, doctor's appointments or anything that he needs regarding his health.

I appreciate the time you have taken to read this letter. Please feel free to contact me if you have any questions.

*/s/ Jaime Juvencio Rubio Lopez*

A QUIEN CORRESPONDA ,MI NOMBRE ES NEREIDA RUBIO
PEREZ VIVO EN PHOENIX AZ EL CONDADO DE MARICOPA. ESTA
CARTA ESTA DIRIGIDA AL ESTIMADO JUEZ ENGARGADO DEL
CASO DE MI HERMANO JAIME MICHAEL RUBIO PEREZ,
ENTIENDO QUE EN RESPETO A SU SALUD HA PASADO POR UNA
CIRUJIA Y ME COMPROMETO ASERME CARGO DE MI HERMANO
A ESTAR PENDIENTE DE SU RECUPERACION Y SU INTEGRACION
A LA SOCIEDAD DE NUEVO,YO ME ENCARGARE DE SUS GASTOS
PERSONALES POR FAVOR CONSIDERE DARLE UNA
OPORTUNIDAD DE REATAURACION EN SU TOTALIDAD. Y LE
AYUDARE A QUE RECOMPORE EN EL NEGOCIO DE NUESTRO
PRIMO QUE ES MULTIPISOS RUBIO.

CON MUCHO RESPETO Y AGRADESIMIENTO A USTED.

Nereida Rubio Pérez

CELIA N RUBIO PEREZ   (602) 907-2988

STATE OF ARIZONA
COUNTY OF MARICOPA
This 2nd day August 2021
In witness whereof I herewith set my hand
and official seal.

Seal}

Maria G. Perez
Notary Public - Arizona
Maricopa County
My Commission Expires
April 2, 2023
#560299

_____ NOTARY PUBLIC SIGNATURE

4-2-2023 _____ COMMISSION EXPIRATION DATE

BP-S148.055 **INMATE REQUEST TO STAFF**   CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO (Name and Title of Staff Member) Mrs. Adams - Medical | DATE: 7-29-21 |
|---|---|
| FROM: Jaime Micheal Rubio Perez | REGISTER NO. 44032-013 |
| WORK ASSIGNMENT: none | UNIT: E-31 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.) Dear Mrs. Adams can you Please Provide
me a copy of my medical records. I need it
urgently to file with my Compassion Release
application to the Court.

Thank You.

(Do not write below this line)

DISPOSITION:

once we have one available to you we
will place you on a callout

| Signature Staff Member | Date |
|---|---|
| Barton | 8-2-21 |

Record Copy - File; Copy - Inmate          This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)        and BP-S148.070 APR 94



# RELACIONES EXTERIORES

SECRETARÍA DE RELACIONES EXTERIORES

Consulado General de México en Dallas
Oficio No. DAL02689

Dallas, Texas 22 de julio 2021

**JAIME MICHAEL RUBIO PEREZ**
**BOP#44032013**
**BIG SPRING (FLIGHTLINE) CI**
**2001 RICKABAUGH DRIVE**
**BIG SPRING, TX 79720**

Estimado Sr. Rubio

Recibimos una petición de la Señora Leonela Aldaba quien dijo ser la madre de sus hijos pidiéndonos información de cómo se encuentra usted de salud por lo que mucho se agradecerá nos envíe una carta haciéndonos saber sus peticiones y en qué condiciones se encuentra.

También Sr. Rubio es necesario que usted contacte a su consejero en la prisión para que agreguen al Consulado de México en Dallas como ente autorizado para solicitar su historial médico, situación jurídica y recibir llamadas.

Sin otro particular, aprovecho la oportunidad para enviarle un saludo cordial

Atentamente

Francisco Merino Cabrera
Cónsul de Protección

/raag

1210 River Bend Dr, C.P. 75247, Dallas TX
Teléfono: 214-932-8670   https://consulmex.sre.gob.mx/dallas/



CERTIFIED MAIL™

7014 0150 0000 4737 2678

Jaime Michael Rubio Perez
Reg. No. 44032-013
CI-Big Spring Flightline
2001 Rickabaugh Drive
Big Spring, TX 79720

ACCEPTED BY
BIG SPRING FLIGHTLINE

Clerk, U.S. District Court
United States Courthouse Room A-105
901 19th Street
Denver, CO 80294-3589

